## CROOK CORPORATION v. HOBBY.

Court of Appeals of Kentucky.

(Decided May 2, 1933.)

R. W. LISANBY for movant.

J. O. HARDIN and S. D. HODGE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## HUSBANDS v. CHANDLER.

Court of Appeals of Kentucky.

(Decided May 5, 1933.)

W. M. HUSBANDS and W. MIKE OLIVER for movant.

EDGAR T. WASHBURN for Mary E. and G. A. Chandler.

D. H. HUGHES and W. A. BERRY for Geo. W. Grief.

PER CURIAM.

Appeal denied; judgment affirmed.

## McDERMOTT v. BYRLEY SUPPLY COMPANY.

Court of Appeals of Kentucky.

(Decided May 16, 1933.)

HIRAM H. OWENS for movant.

TUGGLE & TUGGLE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.